UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| Plaintiff | ) | CASE NO. 1:05 CR 365 |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| MICHAEL TOMKO, | ) | |
| | ) | |
| Defendant | ) | |

This matter came before the court after Magistrate Judge William Baughman held a supervised release violation hearing on January 19, 2011, and submitted a Report and Recommendation on the violations. This court adopts the Magistrate's recommendation that the Defendant admitted the violations and that he was found in violation of his supervised release.

IT IS ORDERED that Defendant remain on supervision with the same terms and conditions with the added conditions that Defendant's supervision be extended by one year, that he be placed in and inpatient treatment program for 60 days and that after completion of that program, he shall be placed in an outpatient program for 120 days.

IT IS SO ORDERED.

> /s/*SOLOMON OLIVER, JR.*
> CHIEF JUDGE
> UNITED STATES DISTRICT COURT

February 4, 2011